# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN


## NO.  03-25-00678-CV


**St. David's Healthcare Partnership, L.P., LLP
d/b/a St. David's North Austin Medical Center, Appellant**

**v.**

**Levi Bernard and Nadia Bernard, Individually
and as Next Friends of R.B. and S.B., Minor Children, Appellees**


### FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-24-003215, THE HONORABLE CATHERINE A. MAUZY, JUDGE PRESIDING


## NO.  03-25-00974-CV


**In re St. David's Healthcare Partnership, L.P., LLP
d/b/a St. David's North Austin Medical Center**


### ORIGINAL PROCEEDING FROM TRAVIS COUNTY


## M E M O R A N D U M   O P I N I O N


The parties have filed a joint motion to dismiss this appeal and original proceeding.  We grant the joint motion and dismiss the appeal and original proceeding.  *See* Tex. R. App. P. R. 42.1(a), 43.2(f).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed on Joint Motion

Filed:   February 5, 2026